This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-42322

**JERRY SMITH,**

Plaintiff-Appellant,

v.

**SUPPORTIVE HOUSING COALITION,
a New Mexico Corporation, CITY OF
ALBUQUERQUE, and LAURA CHAVEZ,
individually and in her capacity as an
employee of Supportive Housing Coalition
of New Mexico,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Daniel E. Ramczyk, District Court Judge**

Jerry Smith
Albuquerque, NM

Pro Se Appellant

Annika L. Cleveland
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**BACA, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

{2}     IT IS SO ORDERED.

GERALD E. BACA, Judge

WE CONCUR:

KRISTINA BOGARDUS, Judge

SHAMMARA H. HENDERSON, Judge